UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JP MORGAN CHASE BANK, NA.,

    Plaintiff,

                                      Case No. 07-11607
-vs-                                    HON. AVERN COHN

LAKESHORE AMUSEMENT, INC., et al.,

    Defendants.
_____/

## ORDER VACATING PARAGRAPHS 1 AND 2 OF ADDENDUM TO ORDER APPOINTING RECEIVER

On October, 1, 2007, the Court entered an Order Appointing Receiver. Also on that date, the Court entered an Addendum to Order Appointing Receiver (Addendum) which states:

    1.    The appointment of the receiver is subject to the rights and obligations of the parties to the Non-Disturbance and Attornment Agreement of April 19, 2000 and the Interim Agreement for Jefferson Beach Marina of May 31, 2007, if any.
    2.    Slip rental payments shall be paid to the Receiver to be held in escrow in a separate account to abide further order of the Court. This provision shall not be effective until further order of the Court. The Court will hold a hearing on this paragraph on November 1, 2007 at 2:30 p.m.
    3.    The Receiver shall be given unrestricted access to the books and records of Jefferson Beach Properties, LLC.

For the reasons stated on the record at the hearing on November 1, 2007, paragraphs 1 and 2 of the Addendum are VACATED.

    SO ORDERED.


Dated: November 1, 2007                s/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

**07-11607 JP Morgan Chase Bank, NA v. Lakeshore Amusement, Inc., et al**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 1, 2007, by electronic and/or ordinary mail.

                                           s/Julie Owens
                                           Case Manager, (313) 234-5160