UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J P MORGAN CHASE BANK, N.A.,

        Plaintiff,

v.

                                      Case No. 07-11607

LAKE SHORE AMUSEMENT, INC., ET AL,    Honorable Julian Abele Cook, Jr.

        Defendants.

ORDER

On October 1, 2007, the Court appointed Basil T. Simon to serve as the Receiver of Lake Shore Amusement, Inc., one of the Defendants in this litigation. In this order, the Court authorized him to expend funds from the receivership for such necessary administrative services as may be necessary and appropriate to perform his official duties. Subsequent to receiving this authority, he has operated the Lake Shore Amusement enterprise, accounted for all of the monies that have been received by him, and filed an accounting in the form of periodic reports with this Court as required by law.

On August 8, 2008, Simon filed a "Second Interim Compension [*sic*] Request" which covers his accounting as the Receiver of Lake Shore Amusement, Inc. from January 25, 2008 through June 30, 2008. In the petition that is now pending before the Court, he seeks authority to receive the sums of $21,927.50 as compensation for his services as the Receiver, and $577.61 for

1

those expenses that were incurred by him in this official capacity.[1] On August 8, 2008, Simon served all of the interested parties in this matter with copies of his "Second Interim Compension [*sic*] Request." As of this date, none of the parties have filed any papers in opposition to this formal application for relief.

Following its review of Simon's accounting which reflects a summary of his time and expenses, the Court concludes that his request for compensation and a reimbursement of costs to be fair and reasonable. Therefore, the Court will grant Simon's "Second Interim Compension [*sic*] Request" as the Receiver in this litigation and, in so doing, it will authorize his request to expend monies from his receivership account in the sums of $21,927.50 and $577.61, respectively, which shall serve as his compensation and reimbursement of expenses arising out of his services as the Receiver of Lake Shore Amusement, Inc. between January 25, 2008 and June 30, 2008.

IT IS SO ORDERED.

Dated: September 24, 2008        s/ Julian Abele Cook, Jr.
       Detroit, Michigan         JULIAN ABELE COOK, JR.
                                 United States District Court Judge

---

[1] On March 7, 2008, the Court approved Simon's "First Interim Compension [*sic*] Request."

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail to the non-ECF participants on September 24, 2008.

s/ Kay Alford
Case Manager
